EDWARD V. McGovern, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

(Argued June 1, 1936; decided July 8, 1936.)

*Isaac N. Jacobson* for appellant.

*Paul Windels, Corporation Counsel (Alvin McKinley Sylvester, Paxton Blair* and *Nelson Rosenbaum* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.